IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TARUN KUMAR CHAWDHURY and MOUSUMI CHAWDHURY,<br><br>              Plaintiffs,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES and LOREN K. MILLER, their official capacity as Director of the Nebraska Service Center,<br><br>              Defendants. | 4:21CV3294<br><br>**MEMORANDUM AND ORDER** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs have filed a notice of voluntary dismissal of this case without prejudice (Filing 21). This filing renders moot Defendants' motion to dismiss (Filing 16).

      IT IS THEREFORE ORDERED:

1. Defendants' motion to dismiss (Filing 16) is denied without prejudice.
2. Pursuant to Plaintiff's notice of voluntary dismissal (Filing 21), this case is dismissed without prejudice.
3. Judgment shall be entered by separate document.

      Dated this 2nd day of November 2021.

                                                      BY THE COURT:

                                                      Richard G. Kopf
                                                      Senior United States District Judge